IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAINA K. HAGANS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-3864 |
| | : | |
| **CAROLYN W. COLVIN, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this    5th    day of June, 2014, upon consideration of the plaintiff's request for review (Document #12), the defendant's response thereto (Document #13), the plaintiff's reply (Document #16), and after careful review of the Report and Recommendation (Document #19), IT IS HEREBY ORDERED that:

1. The defendant's Objections (Document #20) are sustained to the extent that this matter is remanded.

2. The Report & Recommendation is therefore not adopted.

3. The plaintiff's request for review is granted, and the decision of the Commissioner of the Social Security Administration is reversed to the extent that the matter is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Memorandum.

3. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.